**HONORABLE PETER G. SHERIDAN, U.S.D.J.**

PAULA T. DOW
ESSEX COUNTY PROSECUTOR
ESSEX COUNTY VETERANS COURTHOUSE
NEWARK, NEW JERSEY 07102

| | |
|---|---|
| ALI S. MORGANO : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| Petitioner, : | CIVIL NO. 08-1524(PGS) |
| : | **CIVIL ACTION** |
| V : | |
| MICHELLE R. RICCI, ET AL, : | **ORDER** |
| Respondents. : | |

This matter having come before the Court on Respondents' request for an extension of time to August 23, 2008, in which to file their answer to the petition for *writ* of *habeas corpus,* and good cause having been shown;

It is on this 14 day of July, 2008;

**ORDERED** that Respondents shall file an answer to the petition on or before August 23, 2008, accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the state proceedings, or such of them as may be material to the questions raised in the petition.

_____
HONORABLE PETER G. SHERIDAN, U.S.D.J.