**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
ALI S. MORGANO,                :
                               :   Civil No. 08-1524 (PGS)
          Petitioner,          :
                               :
     v.                        :
                               :        O R D E R
MICHELLE RICCI, et al.,        :
                               :
          Respondents.         :
```

For the reasons set forth in this Court's Opinion filed herewith,

IT IS ON THIS 30 day of March, 2009;

ORDERED that Petitioner's Motion to Appoint Counsel (docket entry 7) is hereby DENIED, without prejudice; and it is further

ORDERED that Petitioner's Motion for an Evidentiary Hearing (docket entry 9) is hereby DENIED, without prejudice; and it is further

ORDERED that Petitioner's Motion for Ex Parte Order to Compel Discovery (docket entry 8) is hereby DENIED; and it is further

ORDERED that Petitioner's Motion for Leave to File Reply Letter-Brief (docket entry 21) is hereby GRANTED; Petitioner may file a letter brief in response to Respondents' Answer within thirty (30) days of the date of entry of this Order; and it is further

ORDERED that Petitioner's Motion for Judicial Notice (docket entry 24) is hereby DENIED, without prejudice; and it is finally

ORDERED that Petitioner's Motion to Produce (docket entry 29) is hereby DENIED.

_____
PETER G. SHERIDAN
United States District Court

2